October 29, 1974.

No. 243.   VILLARREAL and wife, Plaintiffs and Respondents, v. UNIFIED SCHOOL DISTRICT No. 1 OF RACINE COUNTY, and others, Defendants and Respondents: SALVANO and another, Defendants and Appellants.

(Also reported in 222 N. W. 2d 709.)

Workmen's compensation.   Third-party negligence action against corporate employees.   Affirmative act of negligence beyond scope of employer's duty.   Complaint. Insufficiency.

The cause was submitted for the appellants on the brief of *Cook & Franke, S. C.*, attorneys, and *Terence T. Evans,* of counsel, all of Milwaukee, and for the plaintiffs-respondents on the brief of *Foley & Capwell, S. C.*, and *Kolbe, Sharp & Arena,* all of Racine.